RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

-and –

500 Fifth Avenue
Suite 4920
New York, NY 10110
(212) 302-6574

Special Litigation Counsel to Debtors, Smart World Technologies, LLC, et al.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SMART WORLD TECHNOLOGIES, LLC, et al., | Case Nos. 00-41645 through 00-41647 (JMP) |
| Debtors. | (Substantively Consolidated) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT, Riker, Danzig, Scherer, Hyland & Perretti LLP, as special litigation counsel to the debtors and debtors-in-possession herein, Smart World Technologies, LLC, Freewwweb, LLC, and Smart World Communications, Inc., (collectively, the "Debtors"), hereby appeals, pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001, to the United States District Court for the Southern District of New York from the Order Allowing Final Compensation and Reimbursement of Expenses and Disbursements entered by The Honorable James M. Peck, dated March 23, 2006, and entered on the docket in this matter on March 28, 2007

(the "Final Fee Order").  (A copy of the Final Fee Order is attached hereto as Exhibit "A".)

The parties to the aforesaid Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

The Law Offices of Douglas T. Tabachnik, Esq.
37 Greeleaf Drive
Manalapan, NJ  07726-3705
732-792-2760
*Counsel to the Debtors*

J. Alex Kress, Esq. (*admitted pro hac vice*)
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981
(973) 538-0800
*Special Litigation Counsel to the Debtors*

Laurence May, Esq.
Angel & Frankel, P.C.
900 Third Avenue, 16th Floor
New York, NY 10022
212-752-8000
*Counsel to the Official Committee of Unsecured Creditors*

Brian Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004
212-510-0500
*Counsel to the U.S. Trustee for Region 2*

Pamela Smith Holleman, Esq. (*admitted pro hac vice*)
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
*Counsel to Steven and Paula Daum*

This notice shall be electronically filed and shall be served on the foregoing parties.

Dated: April _2_, 2007
at Morristown, New Jersey

                        RIKER, DANZIG, SCHERER, HYLAND
                          & PERRETTI LLP
                        Special Litigation Counsel to the Debtors

                        By:   s/   J. Alex Kress
                          J. Alex Kress, Esq.
                          Headquarters Plaza
                          One Speedwell Avenue
                          Morristown, NJ  07962-1981
                          (973) 538-0800

3745296.1