UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SMART WORLD TECHNOLOGIES, LLC,<br>*et al*.,<br><br>       Debtors. | Case Nos. 00-41645 (JMP) through<br>      00-41647 (JMP)<br>      Jointly Administered<br><br>Chapter 11 |

<u>NOTICE OF CROSS-APPEAL</u>

   The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case hereby cross-appeals to the United States District Court for the Southern District of New York from so much of the Order of the United States Bankruptcy Court for the Southern District of New York dated March 23, 2007 and entered on March 28, 2007 (the "Appealed Order"), to the extent that the Appealed Order awarded legal fees of $1,207,816.00 and expenses of $73,981.18 to Riker, Danzig, Scherer, Hyland & Perretti, LLP.  A copy of the Appealed Order is annexed hereto as Exhibit "A".

   The parties to this Appeal are the Committee and Riker, Danzig, Scherer, Hyland & Perretti, LLP.

   The names and addresses of their respective attorneys are as follows:

     COLE, SCHOTZ, MEISEL,
     FORMAN & LEONARD, P.A.
     Counsel for the Committee
     Laurence May, Esq.
     Bonnie L. Pollack, Esq.
     900 Third Avenue
     New York, NY  10022-4723
     (212) 752-8000

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Attorneys Pro Se
J. Alex Kress, Esq.
One Speedwell Avenue
P.O. Box 1981
Morristown, NJ 07962-1981
(973) 538-0800

DATED:    New York, New York
          April 4, 2007

                    COLE, SCHOTZ, MEISEL,
                    FORMAN & LEONARD, P.A.
                    A Professional Corporation

                    By:  /s/ Bonnie Pollack_____
                          Laurence May, Esq. (LM-9714)
                          Bonnie L. Pollack, Esq. (BP-3711)
                    900 Third Avenue
                    New York, New York 10022-4723
                    (212) 752-8000

                    Attorneys for the Official Committee of
                    Unsecured Creditors of Smart World
                    Technologies, LLC, *et al.*

-2-