UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SMART WORLD TECHNOLOGIES, LLC, et al.,<br><br>                                      Debtors. | Chapter 11<br><br>Bankruptcy Case Nos. 00-41645 through 00-41647 (JMP)<br><br>(Substantively Consolidated) |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP,<br><br>                                      Appellant,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, et al.,<br><br>                                      Appellee. | District Court Case No. 07 cv 03603 (MGC) |

**CERTIFICATE OF SERVICE**
**(APPELLANT'S BRIEF AND VOLS. I-V OF JOINT APPENDIX)**

SETH H. LIEBERMAN, of full age, hereby certifies and states as follows:

1. I am an associate at the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, *pro se*, for services rendered as special litigation counsel to debtors and debtors-in-possession herein, Smart World Technologies, LLC, Freewwweb LLC and Smart World Communications, Inc. (the "Debtors").

2. I certify that on May 25, 2007, I caused to be filed with the Clerk of the United States District Court for the Southern District of New York, the following documents via Federal Express:

    a. Appellant's Brief for (I) Reversal of Order Allowing Final Compensation and Reimbursement of Expenses and Disbursements Dated March 23, 2007, and Entered on March 28,

2007 and (II) Allowance of Fees Pursuant to Contingency Fee Agreement Approved Under 11 U.S.C § 328(a) (the "Brief");

b. Joint Appendix Volume I (Pages A-00001-A-0503);

c. Joint Appendix Volume II (Pages A-0503-1-A-0714;

d. Joint Appendix Volume III (Pages A-0715-A-1128);

e. Joint Appendix Volume IV (Pages A-1129-A-1569); and

f. Joint Appendix Volume V (Pages A-1570-A-1876).

(collectively, the "Joint Appendix").

3. I further certify that on May 25, 2007, I caused a copy of the Brief to be served via electronic mail upon Laurence May, Esq. Bonnie L. Pollack, Esq., Pamela Smith Holleman, Esq., and Douglas T. Tabachnik, Esq. and via facsimile upon Brian Masumoto, Esq.

4. I further certify that on May 25, 2007, I caused a copy of the Brief and the Joint Appendix to be served via Federal Express upon Brian Masumoto, Esq. at Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 1004, Laurence May, Esq., and Bonnie L. Pollack, Esq. at Cole, Schotz, Meisel, Forman & Leonard, P.A., Court Plaza North, 25 Main Street, Hackensack, NJ 07601.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct.

Executed on May 25, 2007.

_____
Seth H. Lieberman