AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | /s/ Seth H. Lieberman |
|---|---|
| Date | Signature |

Print Name      Bar Number

Address

City      State      Zip Code

Phone Number      Fax Number