UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SMART WORLD TECHNOLOGIES, LLC, et al.,

                     Debtors.

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP,

                     Appellant,

- against -

OFFICIAL COMMITTEE OF UNSECURED CREDITORS, et al.,

                     Appellees.

Chapter 11

Bankr. Court Case Nos. 00-41645 through 00-41647 (JMP) (Substantively Consolidated)

Dist. Court Case No. 07 cv 03603 (MGC)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Seth H. Lieberman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: J. Alex Kress
    Firm Name: Riker, Danzig, Scherer, Hyland & Perretti LLP
    Address: One Speedwell Ave.; HQ Plaza
    City/State/Zip: Morristown, NJ 07962
    Phone Number: (973) 538-0800
    Fax Number: (973) 538-1984

J. Alex Kress is a member in good standing of the Bar of the State of New Jersey.

There are no pending disciplinary proceeding against J. Alex Kress in any State or Federal court.

Dated: June 5, 2007

City, State: Morristown, NJ 07962

Respectfully submitted,

_[signature]_

Seth H. Lieberman

    Sponsor's SDNY Bar: SL-4880
    Firm Name: Riker, Danzig, Scherer, Hyland & Perretti LLP
    Address: One Speedwell Ave.; HQ Plaza
    City/State/Zip: Morristown, NJ 07962
    Phone Number: (973) 538-0800
    Fax Number: (973) 538-1984

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

SMART WORLD TECHNOLOGIES, LLC,
et al.,

                    Debtors.

---

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP,

                    Appellant,

- against -

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, et al.,

                    Appellees.

---

Chapter 11

Bankr. Court Case Nos. 00-41645
through 00-41647 (JMP)
(Substantively Consolidated)

Dist. Court Case No. 07 cv 03603 (MGC)

**AFFIDAVIT OF SETH H. LIEBERMAN
IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE**

---

State of New York   )
                        ) ss:
County of New York  )

Seth H. Lieberman, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Riker, Danzig, Scherer, Hyland & Perretti LLP, *pro se*, for services rendered as Special Litigation Counsel to Debtors and Debtors-in-Possession, Smart World Technologies, LLC, Freewwweb, LLC and Smart World Communications, Inc., in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellant's motion to admit J. Alex Kress as counsel pro hac vice to represent Appellant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on April 26, 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known J. Alex Kress since 2003.

4. Mr. Kress is a partner at Riker, Danzig, Scherer, Hyland & Perretti LLP in Morristown, New Jersey.

5. I have found Mr. Kress to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of J. Alex Kress, pro hac vice.

7. I respectfully submit a proposed order granting the admission of J. Alex Kress, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit J. Alex Kress, pro hac vice, in the above captioned matter, be granted.

Dated:      June 5, 2007
City, State:  Morristown, New Jersey
Notarized:  *Barbara Talty*

BARBARA TALTY
A Notary Public of New Jersey
My Commission Expires October 11, 2010

Respectfully submitted,

*[signature]*

Seth H. Lieberman
SL-4880

SDNW Form Web 10/2006

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **J ALEX KRESS** (No. **040251990**) was constituted and appointed an Attorney at Law of New Jersey on **December 21, 1990** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **31ST** day of **May**, 20 **07**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SMART WORLD TECHNOLOGIES, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case Nos. 00-41645 through 00-41647 (JMP)<br><br>(Substantively Consolidated) |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP,<br><br>Appellant,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, et al.,<br><br>Appellees. | District Court Case No. 07 cv 03603 (MGC) |

**CERTIFICATE OF SERVICE**

SETH H. LIEBERMAN, of full age, hereby certifies and states as follows:

1. I am an associate at the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, *pro se*, for services rendered as special litigation counsel to debtors and debtors-in-possession herein, Smart World Technologies, LLC, Freewwweb LLC and Smart World Communications, Inc. (the "Debtors").

2. I certify that on June 5, 2007, I caused to be filed with the Clerk of the United States District Court for the Southern District of New York, the following documents via Federal Express:

    a. Motion to Admit Counsel Pro Hac Vice (the "Motion");

    b. Affidavit of Seth H. Lieberman in Support of Motion to Admit Counsel Pro Hac Vice (the "Affidavit");

      c.      Certification of Good Standing (the "Certification");

      d.      Proposed Order for Admission Pro Hac Vice on Written Motion (the "Order");

      e.      Certification of Service (the "Proof of Service" and together with the Motion, Affidavit, Certification and Order, the "Pro Hac Vice Documents"); and

      f.      Check for $25.00, payable to "Clerk, U.S.D.C., SDNY."

3.    I further certify that on June 5, 2007, I caused a copy of the above-referenced Pro Hac Vice Documents to be served via electronic mail upon Laurence May, Esq. Bonnie L. Pollack, Esq., Pamela Smith Holleman, Esq., and Douglas T. Tabachnik, Esq. and via facsimile upon Brian Masumoto, Esq.

4.    I further certify that on June 5, 2007, I caused a copy of the above-referenced Pro Hac Vice Documents to be served via Federal Express upon the Honorable Miriam Goldman Cedarbaum at United States District Court, Southern District of New York, United States courthouse, 500 Pearl Street, New York, NY 10007-1312.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct.

Executed on June 5, 2007.

                                                               _____
                                                               Seth H. Lieberman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SMART WORLD TECHNOLOGIES, LLC,
et al.,

                      Debtors.

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP,

                      Appellant,

- against -

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, et al.,

                      Appellees.

Chapter 11

Bankr. Court Case Nos. 00-41645
through 00-41647 (JMP)
(Substantively Consolidated)

Dist. Court Case No. 07 cv 03603 (MGC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Seth H. Lieberman, *pro se*, for services rendered as Special Litigation Counsel to Debtors and Debtors-in-Possession, Smart World Technologies, LLC, Freewwweb, LLC and Smart World Communications, Inc., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name:    J. Alex Kress
    Firm Name:    Riker, Danzig, Scherer, Hyland & Perretti LLP
    Address:    One Speedwell Ave.; HQ Plaza
    City/State/Zip:    Morristown, NJ 07962
    Phone Number:    (973) 538-0800
    Fax Number:    (973) 538-1984

is admitted to practice pro hac vice as counsel for Riker, Danzig, Scherer, Hyland & Perretti LLP in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                                Miriam Goldbaum Cedarbaum, U.S.D.J.