UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SMARTWORLD TECHNOLOGIES, LLC, <u>et al</u>.,<br><br>                Debtors. | Bankr. Case Nos. 00-41645<br>through 00-41647(JMP) |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP,<br><br>           Appellant/Cross-Appellee,<br><br>                v.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>           Appellee/Cross-Appellant. | Case No.  07-CV-03603 |

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK      )
                                    ss:-
COUNTY OF NEW YORK   )

     Maria Lopez, being duly sworn, deposes and says:

     Deponent is not a party to this proceeding, is over 18 years of age and resides at Bloomfield, New Jersey.

     On June 18, 2007, Deponent caused the Brief of Appellee/Cross-Appellant, the Official Committee of Unsecured Creditors of SmartWorld Technologies, LLC, (*Docket No. 10*) to be served upon the following parties:

                Riker, Danzig, Scherer, Hyland & Perretti, LLP
                Attn: J. Alex Kress, Esq
                One Speedwell Avenue
                Morristown, NJ 07962-1981

by first class mail, by depositing a true copy of same in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                              /s/ Maria Lopez
                                              Maria Lopez

Sworn to before me this
18th day of June, 2007

/s/Bonnie L. Pollack
Notary Public