UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

In re:

SMART WORLD TECHNOLOGIES, LLC,
et al.,

                Debtors.

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP,

                Appellant,

     - against -

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, et al.,

                Appellees.

Chapter 11

Bankr. Court Case Nos. 00-41645
through 00-41647 (JMP)
(Substantively Consolidated)

Dist. Court Case No. 07 cv 03603 (MGC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Seth H. Lieberman, *pro se*, for services rendered as Special Litigation Counsel to

Debtors and Debtors-in-Possession, Smart World Technologies, LLC, Freewwweb, LLC and Smart World

Communications, Inc., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | J. Alex Kress |
| Firm Name: | Riker, Danzig, Scherer, Hyland & Perretti LLP |
| Address: | One Speedwell Ave.; HQ Plaza |
| City/State/Zip: | Morristown, NJ 07962 |
| Phone Number: | (973) 538-0800 |
| Fax Number: | (973) 538-1984 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

is admitted to practice pro hac vice as counsel for Riker, Danzig, Scherer, Hyland & Perretti LLP in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: November 29, 2007
City, State:

                                  Miriam Goldbaum Cedarbaum, U.S.D.J.