UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

SMART WORLD TECHNOLOGIES, LLC,
FREEWWWEB, LLC, and SMART WORLD
COMMUNICATIONS, INC.,
                Debtors.
------------------------------------------------------------X
RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP,

                Appellant,                            07 **CIVIL** 3603 (MGC)

    -against-                                   **JUDGMENT**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS,
                Appellee /
                Cross-Appellant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Appellant having appealed from an Order of the United States Bankruptcy Court for the Southern District of New York (Peck, B.J.) reducing its fee award; appellee having cross-appealed for a further reduction, and the matter having come before the Honorable Miriam Goldman Cedarbaum, United States District Judge, and the Court, on March 19, 2008, having rendered its Opinion reversing the fee award of the bankruptcy court and remanding for entry of judgment in the amount of $2,215,987.45, comprising of $73,981.18 in expenses and a fee award of $2,142,006.27, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 19, 2008, the fee award of the bankruptcy court is reversed and remanded for entry of judgment in the amount of $2,215,987.45, comprising of $73,981.18 in

expenses and a fee award of $2,142,006.27.

**Dated:** New York, New York
March 25, 2008

J. MICHAEL McMAHON

--------------------------------
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____