UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SMARTWORLD TECHNOLOGIES, LLC, et al.,<br><br>Debtors. | Bankr. Case Nos. 00-41645<br>through 00-41647(JMP)<br><br> |
| RIKER, DANZIG, SCHERER, HYLAND &<br>PERRETTI, LLP,<br><br>    Appellant/Cross-Appellee,<br><br>    v.<br><br>OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS,<br><br>    Appellee/Cross-Appellant. | Case No. 07-CV-03603 (MGC) |

### NOTICE OF APPEAL

Notice is hereby given that the Official Committee of Unsecured Creditors, Appellee/Cross-Appellant in the above-referenced case hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this case on March 25, 2008 in favor of Riker, Danzig, Scherer, Hyland & Perretti, LLP in the amount of $2,215,987.45, comprising of $73,981.18 in expenses and a fee award of $2,142,006.27. (Docket No. 18).

Dated: New York, New York
       April 9, 2008

Respectfully Submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Attorneys for the Official Committee of
Unsecured Creditors.

By: _____
    Laurence May, Esq. (LM-9714)
    Michele E. Cosenza, Esq. (MC-5995)
900 Third Avenue
New York, NY 10022
(212) 752-8000