UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SMARTWORLD TECHNOLOGIES, LLC, et al.,<br><br>   Debtors. | Bankr. Case Nos. 00-41645 through 00-41647(JMP) |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP,<br><br>   Appellant/Cross-Appellee,<br><br>         v.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>   Appellee/Cross-Appellant. | Case No.  07-CV-03603 |

## ATTORNEY'S CERTIFICATE OF SERVICE

I, Michele E. Cosenza, an attorney at the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., duly admitted to the practice of law in the United States District Court, Southern District of New York, do hereby certify that on April 23, 2008, I caused the Statement of Issues on Appeal and Designation of Items for the Record (Docket No. 22), to be served upon Riker, Danzig, Scherer, Hyland & Perretti, LLP, Attn:  J. Alex Kress, Esq., One Speedwell Avenue, Morristown, NJ  07962-1981, and Riker, Danzig, Scherer, Hyland & Perretti, LLP, 500 Fifth Avenue, Ste. 4920, New York, NY  10110 by first class mail, by depositing a true copy of same in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:  New York, New York  
        April 23, 2008

/s/ Michele E. Cosenza  
Michele E. Cosenza

50759/0001-3110045v1